# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Keisha Gober, | : Civil Action No.: _____ |
| Plaintiff, | |
| v. | |
| General Motors Financial Company, Inc.; and DOES 1-10, inclusive, | **COMPLAINT** <br> **JURY TRIAL DEMANDED** |
| Defendants. | |

For this Complaint, the Plaintiff, Keisha Gober, by undersigned counsel, states as follows:

## JURISDICTION

1. This action arises out of Defendants' repeated violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et. seq*. ("TCPA").

2. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that the Defendants transact business in this District and a substantial portion of the acts giving rise to this action occurred in this District.

## PARTIES

3. The Plaintiff, Keisha Gober ("Plaintiff"), is an adult individual residing in Marietta, Georgia, and is a "person" as defined by 47 U.S.C. § 153(39).

4. Defendant General Motors Financial Company, Inc. ("GM Financial"), is a Texas business entity with an address of 801 Cherry Street, Suite 3500, Fort Worth, Texas 76102-6854, and is a "person" as defined by 47 U.S.C. § 153(39).

5. Does 1-10 (the "Agents") are individual collectors employed by GM Financial and whose identities are currently unknown to the Plaintiff. One or more of the Agents may be joined as parties once their identities are disclosed through discovery.

6. GM Financial at all times acted by and through one or more of the Collectors.

## **FACTS**

7. In or around June 2014, GM Financial began calling Plaintiff's cellular telephone, number 678-XXX-7093.

8. GM Financial called Plaintiff from telephone number 704-632-6046, using an automated telephone dialing system ("ATDS") and an artificial or prerecorded voice.

9. When Plaintiff answered calls from GM Financial she heard a prerecorded message instructing Plaintiff to hold for an available representative.

10.     In or around August 2014, Plaintiff called GM Financial and asked that GM Financial stop calling her with their automated messages.

11.     During the above conversation, a representative acknowledged that GM Financial used a computer system to call and further stated that they could not cease the calls.

12.     Thereafter, GM Financial continued to call Plaintiff's cellular telephone with an ATDS.

## COUNT I
## VIOLATIONS OF THE TCPA –
## 47 U.S.C. § 227, *et seq.*

13.     The Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

14.     At all times mentioned herein and within the last four years, Defendants called Plaintiff on her cellular telephone using an automatic telephone dialing system ("ATDS") and a prerecorded or artificial voice.

15.     Despite being directing to cease all calls, Defendants continued to place automatic telephone calls to Plaintiff's cellular telephone. As such, each call placed to Plaintiff was made in knowing and/or willful violation of the TCPA, and subject to treble damages pursuant to 47 U.S.C. § 227(b)(3)(C).

16. The telephone number called by Defendants was assigned to a cellular telephone service for which Plaintiff incurs charges for incoming calls pursuant to 47 U.S.C. § 227(b)(1).

17. The calls from Defendants to Plaintiff were not placed for "emergency purposes" as defined by 47 U.S.C. § 227(b)(1)(A)(i).

18. Plaintiff is entitled to an award of $500.00 in statutory damages for each call made in negligent violation of the TCPA pursuant to 47 U.S.C. § 227(b)(3)(B).

19. Plaintiff is entitled to an award of treble damages in an amount up to $1,500.00 for each call made in knowing and/or willful violation pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

## **PRAYER FOR RELIEF**

**WHEREFORE**, the Plaintiff prays that judgment be entered against Defendants:

1. Statutory damages of $500.00 for each violation determined to be negligent pursuant to 47 U.S.C. § 227(b)(3)(B);
2. Treble damages for each violation determined to be willful and/or knowing pursuant to 47 U.S.C. § 227(b)(3)(C); and
3. Such other and further relief as may be just and proper.

## TRIAL BY JURY DEMANDED ON ALL COUNTS

Dated: March 12, 2015

        Respectfully submitted,

        By: /s/ Sergei Lemberg, Esq.
        Attorney Bar No.: 598666
        Attorney for Plaintiff Keisha Gober
        LEMBERG LAW L.L.C.
        1100 Summer Street, Third Floor
        Stamford, CT 06905
        Telephone: (203) 653-2250 ext. 5500
        Facsimile:   (203) 653-3424
        Email: slemberg@lemberglaw.com