# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Keisha Gober,<br><br>     Plaintiff,<br> v.<br><br>General Motors Financial Company, Inc.; and DOES 1-10, inclusive,<br><br>     Defendant. | Civil Action No.:  1:15-cv-00733-LMM |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within 60 days.

Dated: August 17, 2015

            Respectfully submitted,

            By: /s/ Sergei Lemberg, Esq.
            Attorney Bar No.: 598666
            Attorney for Plaintiff
            LEMBERG LAW L.L.C.
            1100 Summer Street, Third Floor

    Stamford, CT 06905
    Telephone: (203) 653-2250 ext. 5500
    Facsimile:   (203) 653-3424
    Email: slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on August 17, 2015, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Northern District of Georgia Electronic Document Filing System (ECF) and that the document is available on the ECF system.

             By /s/ Sergei Lemberg
               Sergei Lemberg