# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KEISHA GOBER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION FILE NO. |
| | ) 1:15-cv-00733-LMM |
| GENERAL MOTORS FINANCIAL COMPANY, INC., | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** plaintiff Keisha Gober and defendant AmeriCredit Financial Services, Inc. d/b/a GM Financial, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby jointly stipulate that this action is dismissed, with prejudice, with the parties to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 15th day of September, 2015.

| | |
|---|---|
| *s/ Sergei Lemberg* | *s/ Alan D. Leeth* |
| Sergei Lemberg | Alan D. Leeth |
| Georgia Bar No. 598666 | Georgia Bar No. 472031 |
| slemberg@lemberglaw.com | aleeth@burr.com |
| LEMBERG LAW LLC | BURR & FORMAN, LLP |
| 1100 Summer Street, Third Floor | 171 Seventeenth Street, NW, Suite 1100 |
| Stamford, CT 06905 | Atlanta, Georgia 30363 |
| Tel: (203) 653-2250 Ext. 5500 | Telephone: (404) 815-3000 |
| | Facsimile: (404) 817-3244 |
| Counsel for Plaintiff | |
| | Counsel for Defendant |

## CERTIFICATION OF COUNSEL

I hereby certify that the foregoing **JOINT STIPULATION OF DISMISSAL** has been prepared with Times New Roman, 14-point font, one of the font and point selections approved by the Court in LR 5.1.

*s/ Alan D. Leeth*
Alan D. Leeth
Georgia Bar No. 472031
aleeth@burr.com

BURR & FORMAN LLP
171 Seventeenth Street, NW, Suite 1100
Atlanta, Georgia 30363
Telephone: (404) 815-3000
Facsimile: (404) 817-3244

# CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2015, I presented the foregoing **JOINT STIPULATION OF DISMISSAL** to the Clerk of Court for filing and uploading to the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Sergei Lemberg
Lemberg Law LLC
1100 Summer Street, Third Floor
Stamford, CT 06905

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

NONE


*s/ Alan D. Leeth*
Alan D. Leeth
Georgia Bar No. 472031
aleeth@burr.com

BURR & FORMAN LLP
171 Seventeenth Street, NW, Suite 1100
Atlanta, Georgia 30363
Telephone: (404) 815-3000
Facsimile: (404) 817-3244